# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TOBIAS COSGROVE,** | ) | **CASE NO. 8:09CV214** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **GREAT WEST CASUALTY COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion to Extend Time to Respond to the Defendant's Motion to Dismiss (Filing No. 9) and the Plaintiff's Motion for Leave to File an Amended Complaint (Filing No. 10).

In his Motion to Extend Time, the Plaintiff requests an additional twenty-one days to file his response. (Filing No. 9.) Defense counsel has communicated to the Court that the Defendant has no objections to such an extension. Accordingly, the Court finds that the Plaintiff's Motion to Extend (Filing No. 9) should be granted.

The Court, however, finds that the Plaintiff's Motion for Leave to File an Amended Complaint (Filing No. 10) should be denied. NECivR 15.1(a) states that a party moving for "leave to amend a pleading . . . must file as an attachment to the motion an unsigned copy of the proposed amended pleading that clearly identifies the proposed amendments." The Plaintiff has not filed any such attachment. As a result, the Court denies the Plaintiff's Motion for failure to comply with the Court's Local Rules.

IT IS SO ORDERED:

1. The Plaintiff's Motion to Extend Time (Filing No. 9) is granted;

2. The Plaintiff has until August 5, 2009, to file a response to the Defendant's Motion to Dismiss (Filing No. 2); and

2. The Plaintiff's Motion for Leave to File an Amended Complaint (Filing No. 10) is denied.

DATED this 16th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge